IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MANDY SHAUL-BOLEK, Individually, | |
| Plaintiff, | 4:22-CV-3208 |
| vs. | JUDGMENT |
| GLENN A. PELSTER, an Individual, and PELSTER LAW OFFICE, | |
| Defendants. | |

On the plaintiff's motion to dismiss (filing 21), this case is dismissed with prejudice, the parties to bear their own costs and attorney's fees.

Dated this 22nd day of February, 2023.

BY THE COURT:

John M. Gerrard
Senior United States District Judge